UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL L. ANKUM,

        Plaintiff,

v.

NANCY A. BERRYHILL,

        Defendant.

CASE NO. C16-1374 TSZ

**ORDER AFFIRMING THE COMMISSIONER**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 16, and no objections having been timely filed, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED** and this matter is **DISMISSED** with prejudice.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 28th day of June, 2017.

                                                Thomas S. Zilly
                                              United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1